# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Amalia Benavides__       JOINT DEBTOR:_____       CASE NO.:_____
Last Four Digits of SS# __7563_____       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 239.55 __ for months _1_ to _36_____ ;
    B.    $_____ for months _____ to _____ ;
    C.    $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $ _____
               Balance Due    $_____ payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

***The mortgage is current and will be paid outside the plan***

1._____       Arrearage on Petition Date   $_____
Address:_____              Arrears Payment       $_____/month (Months _____ to _____)
_____              Regular Payment       $_____/month (Months _____ to _____)
Account No: _____

2._____       Arrearage on Petition Date   $_____
Address:_____              Arrears Payment       $_____/month (Months _____ to _____)
_____              Regular Payment       $_____/month (Months _____ to _____)
Account No: _____

3._____       Arrearage on Petition Date   $_____
Address:_____              Arrears Payment       $_____/month (Months _____ to _____)
_____              Regular Payment       $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Lakes of the Meadow Village Homes Master Maintenance Association C/O David Brough, Esquire 1900 N. Commerce Parkway Weston, FL 33326 | Judgment on real property located at 15090 SW 19th Lane, #F-104, Miami, FL 33185, Miami-Dade Public Records at Book 27776 Page 310 Value of Property: $83,250 Amount owed on first mortgage: $181,339.40 Value of Association's Interest in Property: $0 | N/A | N/A | 0 | Avoid Lien in Full |
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____       Total Due  $_____

LF-31 (rev. 01/08/10)

Payable          $_____ /month (Months____ to ___) Regular Payment $_____

2. _____

Total Due $_____

Payable          $_____ /month  (Months____ to ___)  Regular Payment $_____

<u>Unsecured Creditors:</u>  Pay $ 215.60 /month  (Months 1_____ to ___36_____ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/____Amalia Benavides___          _____
Debtor   Amalia Benavides                                  Joint Debtor
Date:_____8/30/2011_____                Date:_____

LF-31 (rev. 01/08/10)