**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐   First   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐   _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Amalia Benavides    JOINT DEBTOR: _____    CASE NO.: 11-34154 RAM
Last Four Digits of SS# 7563    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 239.55     for months   1   to   3  ;
    B.    $ 466.40     for months   4   to   36  ;
    C.    $ _____     for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ _____     TOTAL PAID $ _____
    Balance Due   $ _____   payable $ _____ /month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

***The mortgage is current and will be paid outside the plan***

1. _____     Arrearage on Petition Date $ _____
Address: _____     Arrears Payment $ _____ /month (Months _____ to _____)
    Regular Payment $ _____ /month (Months _____ to _____)
Account No: _____

2. _____     Arrearage on Petition Date $ _____
Address: _____     Arrears Payment $ _____ /month (Months _____ to _____)
    Regular Payment $ _____ /month (Months _____ to _____)
Account No: _____

3. _____     Arrearage on Petition Date $ _____
Address: _____     Arrears Payment $ _____ /month (Months _____ to _____)
    Regular Payment $ _____ /month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Lakes of the Meadow Village Homes Master Maintenance Association C/O David Brough, Esquire 1900 N. Commerce Parkway, Weston, FL 33326 | Judgment on real property located at 15090 SW 19th Lane, #F-104, Miami, FL 33185, Miami-Dade Public Records at Book 27776 Page 310 Value of Property: $83,250 Amount owed on first mortgage: $132,946.27 Value of Association's Interest in Property: $0 | % | $ 251 (Plan payment for post-petition, ongoing monthly association fees only) | 4 To 36 | $8283 (This amount represents payment only of post-petition association dues that will become due during the life of the plan.) |
| | $ | % | $ | _____ To _____ | |
| | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $ _____
    Payable   $ _____ /month (Months _____ to _____) Regular Payment $ _____

LF-31 (rev. 01/08/10)

2. _____ Total Due $_____
    Payable  $_____/month  (Months\_\_\_\_ to \_\_\_\_) Regular Payment $_____

Unsecured Creditors: Pay $ 215.60         /month (Months  1    to   3   ).
                     Pay $ 173            /month (Months 4 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/ Amalia Benavides
Debtor                                          Joint Debtor
Date: 11/23/2011                                Date:_____

LF-31 (rev. 01/08/10)