**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __Second__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Amalia Benavides     JOINT DEBTOR: _____     CASE NO.: 11-34154 RAM
Last Four Digits of SS# 7563     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 239.55   for months   1   to   3  ;
  B.  $ 466.40   for months   4   to   36 ;
  C.  $_____  for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____
              Balance Due    $_____ payable $_____/month  (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

***The mortgage is current and will be paid outside the plan***

1. _____      Arrearage on Petition Date  $_____
Address: _____      Arrears Payment    $_____/month  (Months ____ to ____)
_____           Regular Payment    $_____/month  (Months ____ to ____)
Account No: _____

2. _____      Arrearage on Petition Date  $_____
Address: _____      Arrears Payment    $_____/month  (Months ____ to ____)
_____           Regular Payment    $_____/month  (Months ____ to ____)
Account No: _____

3. _____      Arrearage on Petition Date  $_____
Address: _____      Arrears Payment    $_____/month  (Months ____ to ____)
_____           Regular Payment    $_____/month  (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Lakes of the Meadow Village Homes Master Maintenance Association C/O David Brough, Esquire 1900 N. Commerce Parkway, Weston, FL 33326 | Judgment on real property located at 15090 SW 19th Lane, #F-104, Miami, FL 33185, Miami-Dade Public Records at Book 27776 Page 310 Value of Property: $83,250 Amount owed on first mortgage: $132,946.27 Value of Association's Interest in Property: $0 | % | $ 251 (Plan payment for post-petition, ongoing monthly association fees only) | 4 To 36 | $8283 (This amount represents payment only of post-petition association dues that will become due during the life of the plan.) |
|  | $ | % | $ |  To   |  |
|  | $ | % | $ |  To   |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
             Payable  $_____/month  (Months____ to ____) Regular Payment $_____

LF-31 (rev. 01/08/10)

2. _____ Total Due $_____ Payable $_____/month (Months \_\_\_\_ to \_\_\_\_) Regular Payment $_____

Unsecured Creditors:  Pay $ 215.60 /month (Months 1 to 3 ).
                            Pay $ 173 /month (Months 4 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Should the debtor recover any funds from the lawsuit where she has been named a member of a class, she will turn over those funds to the Chapter 13 trustee for distribution to her unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/ Amalia Benavides
Debtor                                          Joint Debtor
Date: 12/12/2011                        Date:

LF-31 (rev. 01/08/10)